Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ZAK FRANKLIN HAY,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No: 2:18-cv-01706-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    Plaintiff requests an extension of forty-five (45) days to extend the statutory deadline for the drafting and filing of a motion for summary justice in this case.

    The extensive record of 2,107 pages necessitates the additional time to draft a motion for summary judgment. Plaintiff requests this extension in good faith, with no intent to prolong proceedings unduly.

    Defendant does not object to allowing Plaintiff the additional time to his motion for summary judgment, subject to the Court's approval, and stipulates to forty-five (45) days extension of time to allow Plaintiff to fill his requirements to the Court and file his motion for motion for summary judgment in this action. Plaintiff's motion for summary judgment is now due on May 23, 2019. This is Plaintiff's first request for additional time.

1

Stipulation and Order

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | S. WYETH MCADAM |
| | Special Assistant United States Attorney |
| /s/Robert C. Weems | By: /s/ S. Wyeth McAdam |
| Robert C. Weems, Attorney for Plaintiff | S. Wyeth McAdam
Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization) |

SO ORDERED.

DATED: April 9, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order