McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
WYETH McADAM
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
Telephone: (415) 268-5610
Facsimile: (415) 744-0134
E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ZAK FRANKLIN HAY ) | Civil No.: 2:18-cv-01706-EFB |
| ) | |
| Plaintiff, ) | UNOPPOSED MOTION FOR DEFENDANT |
| ) | TO FILE A LATE OPPOSITION |
| vs. ) | TO PLAINTIFF'S OPENING BRIEF |
| ) | AND STIPULATION FOR NEW BRIEFING |
| ANDREW SAUL, ) | SCHEDULE AND |
| Commissioner of Social Security, ) | ~~PROPOSED~~ ORDER |
| ) | |
| Defendant.[1] ) | |
| ) | |
| ) | |

Defendant files this unopposed motion to file her opposition to Plaintiff's opening brief late. In addition, IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of forty-five (45) days to file his Opposition to Plaintiff's Opening Brief. The current due

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Unopposed motion, Stip. & Prop. Order for Ext., 2:18-cv-01706-EFB

date was September 10, 2019. The new date will be October 25, 2019. All other deadlines will extend according to the Court's Scheduling Order.

Defense counsel needs an extension of time because she needs more time to complete review and analysis of the 2,000 page record, consider the issues raised in Plaintiff's 38 page brief, including a novel military substantial gainful activity issue, determine whether options exist for settlement, accommodate competing workload demands (including six other briefs due this month), draft the response, and go through the necessary in-house reviews. Defense counsel's office has three attorneys out on extended leave and at this time and management has been unable to transfer this case to another attorney to handle due to everyone having a full caseload. Defense counsel intended to file this stipulation on Monday, September 9th, and inadvertently miscalendered the due date. Upon realizing her error, Defense counsel communicated with Plaintiff's counsel, who kindly agreed not to oppose Defendant's motion to file a late opposition. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court, Plaintiff, and counsel for any inconvenience this delay may cause.

This is Defendant's second request for an extension.

Respectfully submitted,

Dated: September 9, 2019
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant


*/s/ Robert Weems*
Robert Weems
Weems Law Office
Attorney for Plaintiff
(*As authorized via e-mail on September 6, 2019)

Unopposed motion, Stip. & Prop. Order for Ext., 2:18-cv-01706-EFB

# ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HIS ~~OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND~~ MOTION FOR SUMMARY JUDGMENT AND/OR REMAND ON OR BEFORE OCTOBER 25, 2019. ~~DEFENDANT'S UNOPPOSED MOTION FOR DEFENDANT TO FILE A LATE OPPOSITION TO PLAINTIFF'S OPENING BRIEF IS GRANTED.~~

Dated: September 19, 2019.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Unopposed motion, Stip. & Prop. Order for Ext., 2:18-cv-01706-EFB