Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ZAK FRANKLIN HAY,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No: 2:18-cv-01706-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    Plaintiff requests an extension of thirty (30) days to extend the statutory deadline for the drafting and filing of a reply to Defendant's cross motion for summary justice in this case.

    The extensive record of 2,107 pages and Mr. Weems in trial since October 29th in Counts v. Chadwick, case # FCS048235, Solano Superior Court, Dept. 6, Honorable D. Scott Daniels presiding where the expected conclusion of the trial is not till the end of the first week in December, necessitates the additional time to draft the reply. Plaintiff requests this extension in good faith, with no intent to prolong proceedings unduly.

    Defendant does not object to allowing Plaintiff the additional time to his motion for summary judgment, subject to the Court's approval, and stipulates to thirty (30) days extension of time to allow Plaintiff to fill his requirements to the Court and file his reply

1

Stipulation and Order

in this action. Plaintiff's reply to defendant's cross motion for summary judgment is now due on December 15, 2019. This is Plaintiff's third request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | S. WYETH MCADAM |
| | Special Assistant United States Attorney |
| /s/Robert C. Weems | By: /s/ S. Wyeth McAdam |
| Robert C. Weems, Attorney for Plaintiff | S. Wyeth McAdam<br>Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization) |

SO ORDERED.

DATED: November 19, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2
Stipulation and Order