UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK FRANKLIN HAY, | No. 2:18-cv-1706-EFB |
| Plaintiff, | |
| v. | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

After this case was remanded for further proceedings, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. ECF No. 25. Defendant is hereby ORDERED to file, within 21 days from the date of service of this order, either (1) a stipulation and proposed order resolving plaintiff's fee motion, or (2) an opposition in response to plaintiff's motion.

DATED: August 26, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE