Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAK FRANKLIN HAY,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant | Case No:  2:18-cv-01706-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    Plaintiff requests an extension of thirty (30) days for all deadlines in this case. Plaintiff's counsel asserts that his reply to Defendant's opposition to his motion for EAJA fees has become more problematical than originally expected necessitating additional time to draft.

    The parties request this extension in good faith, with no intent to prolong proceedings unduly.

    Defendant does not object to allowing Plaintiff the additional time to draft his opening brief and, subject to the Court's approval, stipulates to thirty (30) days extension of time to file Plaintiff's motion for summary judgment in this action.  Plaintiff's reply is now due October 18, 2020.  This is Plaintiff's first request for additional time as to fees.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
| --- | --- |
| WEEMS LAW OFFICES | DAVID ANDERSON |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |

/s/Robert C. Weems

Robert C. Weems, Attorney for Plaintiff

By: /s/ S. WYETH MCADAM

S. WYETH MCADAM
Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization)

SO ORDERED:

DATED:  September 22, 2020

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE